**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01579-REB

ALHASEN ALMASABI,

    Petitioner,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EDUARDO AGUIRRE, Director, United States Citizenship and Immigration Services;
MARIO ORTIZ, Acting District Director of the United States Citizenship and Immigration Services, Denver, Colorado;
UNITED STATES OF AMERICA;

    Respondents.

---

**ORDER**

---

The Court, having reviewed the Joint Motion to Dismiss with Prejudice filed by all the parties, and being fully advised of its premises, hereby GRANTS the Motion to Dismiss with Prejudice and

ORDERS that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action shall be dismissed with prejudice.

SO ORDERED this 6th day of December, 2005.

                        BY THE COURT:

                        s/ Robert E. Blackburn
                        Robert E. Blackburn
                        United States District Judge